IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

APR  5 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| NORMAN R. TARVER, | § |
| PLAINTIFF, | § |
| | § |
| V. | § |
| | § |
| APPLE BUS COMPANY, ET AL., | § |
| DEFENDANTS. | § |

CAUSE NO. 1:20-CV-1232-LY

## FINAL JUDGMENT

Before the court is the above-referenced cause. On this date, the court dismissed without prejudice Plaintiff *Pro Se* Norman R. Tarver's claims against Defendants Diane Webb, Richard Poterson, Elaine Davidson, Tasha Woods, Kourtney Logue, John McGuirk, and Gloria Johnson. On March 1, 2022, the court dismissed without prejudice Tarver's claims against Defendants Apple Bus Company and Stephanie Shaw. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the cause is hereby **CLOSED**.

**IT IS FURTHER ORDERED** that Defendants shall recover costs of court from Plaintiff Norman R. Tarver.

SIGNED this _____ day of April, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE